UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR GOMEZ, JR.<br><br>Petitioner,<br><br>v.<br><br>RONALD OLIVER, et al.,<br><br>Respondents. | Case No. 2:24-cv-00180-GMN-MDC<br><br>ORDER |

On February 9, 2024, the Court entered an Order dismissing Petitioner Gomez's habeas petition with leave to amend because the petition failed to meet the pleading standards for a federal habeas proceeding. ECF No. 3. The Court gave Gomez 30 days to file an amended petition that corrected the deficiencies identified in the Order *Id*. Gomez has neither filed an amended petition nor requested an extension of time within which to do so.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice. The Clerk of Court shall enter judgment accordingly and close this case.

IT FURTHER ORDERED that a certificate of appealability is denied as jurists of reason would not find the Court's dismissal of this action without prejudice to be debatable or incorrect

DATED THIS __9__ day of __April__, 2024.

_____
Gloria M. Navarro
United States District Judge